UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
FORTUNATO K. FEBUS,
                Plaintiff,

v.

CCS CORRECT CARE SOLUTIONS;
SORRELL FELDMAN, M.D.; and COUNTY
OF ORANGE,
                Defendants.
--------------------------------------------------------------x

**ORDER**

17 CV 3408 (VB)

      On January 17, 2020, defendants moved for summary judgment against plaintiff, who is proceeding pro se and in forma pauperis.

      By Order dated February 11, 2020, the Court extended to April 20, 2020, plaintiff's time to oppose the motion. (Doc. #118).

      To date, plaintiff has failed to oppose the motion.

      Accordingly, it is HEREBY ORDERED:

      The Court sua sponte extends to May 26, 2020, plaintiff's time to oppose the motion for summary judgment. **If plaintiff fails to respond to the motion by May 26, 2020, the motion will be deemed fully submitted and unopposed, and will be decided in due course.**

      If plaintiff opposes the motion, defendants' reply, if any, shall be due June 9, 2020.

      The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: May 4, 2020
       White Plains, NY

                          SO ORDERED:

                          _____
                          Vincent L. Briccetti
                          United States District Judge